# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

UNITED STATES OF AMERICA

v.

JERRY WAYNE DICKEY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1338-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/21/05, the defendant's 28 U.S.C. § 2255 motion is DENIED. The court DENIES a certificate of appealability. It is further CERTIFIED that, pursuant to Fed. R. App. P. 24(a), any appeal by plaintiff is not taken in good faith, and leave to appeal *in forma pauperis* is DENIED.

APPROVED:

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

FILED BY _____ D.C.
05 JUN 22 AM 9:14
ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

ROBERT R. Di TROLIO
CLERK

6-22-04
DATE

BY: *Pattison*
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 06-23-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01338 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Jerry Wayne Dickey
#16917-07
P.O. Box 2000
Millington, TN 38038

Honorable James Todd
US DISTRICT COURT